KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

NAHLA RAJAN (CSBN 218838)
Special Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6838
Facsimile: (415) 436-7234
Email: nahla.rajan@usdoj.gov

Attorneys for Plaintiff

FILED

JUN 13 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE TELLEZ-JACOBO,<br><br>Defendant. | No. 3-06-70344 MEJ<br><br>[PROPOSED] ORDER AND STIPULATION TO CONTINUE ARRAIGNMENT / PRELIMINARY HEARING |

The parties stipulate and agree, and the Court finds and holds, as follows:

1. The parties initially appeared on the instant matter June 5, 2006 for defendant's initial appearance on the complaint. On June 8, 2006, the parties appeared in front of the Honorable Maria-Elena James for a detention hearing and the matter was continued for arraignment. The last day that the defendant could be arraigned without a waiver of time is June 19, 2006, however defense counsel was unavailable on that date, so the parties agreed to arraign the defendant on June 15, 2006.

2. Government counsel later discovered that there was no grand jury in session between

STIPULATION AND PROPOSED ORDER           1
3-06-70344 MEJ

1 | June 8 and June 15, 2006, and as a result, the Government cannot indict the defendant until the
2 | afternoon of June 15, 2006. The parties therefore stipulate to continue the arraignment to June
3 | 16, 2006.

4 |     3. No waiver of time is necessary as pursuant to Rule 5.1, the defendant will be
5 | arraigned within ten court days of his initial appearance.

6 |     4. For the reasons stated, the arraignment of the defendant will be continued to June 16,
7 | 2006.

9 |     IT IS SO STIPULATED.

12 | DATED: 6/13/06

Respectfully Submitted,

NAHLA RAJAN
Special Assistant United States Attorney

17 | DATED: 6.13.06

RONALD TYLER
Counsel for Jose Tellez-Jacobo

PURSUANT TO STIPULATION, IT IS SO ORDERED.

23 | DATED: 6-13-06

HONORABLE MARIA-ELENA JAMES
United States Magistrate Judge

STIPULATION AND PROPOSED ORDER     2
3-06-70344 MEJ